UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GS HOLISTIC, LLC,

      Plaintiff,

v.                             Case No. 8:22-cv-2518-KKM-CPT

MELLOWMOOD
SMOKESHOP, et al.,

      Defendants.

_____

## ORDER

In a July 2, 2025, Report and Recommendation (R&R) (Doc. 56), the United States Magistrate Judge recommends granting in part and denying in part Plaintiff GS Holistic's Motion for Default Judgment against Defendants Trina Tran and Camvan Tran, (Doc. 51).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must review de novo that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th

Cir. 1992). The district court reviews legal conclusions de novo, even absent an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 56) is **ADOPTED** and made a part of this Order for all purposes.

2.    The Motion for Default Judgment (Doc. 51) is **GRANTED in part** and **DENIED in part.**

3.    The Clerk is directed to **ENTER JUDGMENT** which shall read "Judgment is entered in favor of GS Holistic and against Camvan Tran and Trina Tran on Counts I and II, with statutory damages as to Count I in the amount of $100,000 and $532 in costs, with interest accruing at the current per annum legal rate, for which sum let execution issue."

4.    Defendants Trina Tran and Camvan Tran and their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with them are **PERMANENTLY ENJOINED** from the following: Importing, exporting, making, manufacturing, reproducing, assembling, using, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, shipping, licensing, developing, displaying, delivering, marketing, advertising, or promoting the counterfeit "G Pen" products, meaning products bearing the "G Pen" trademarks (U.S. Trademark Registration Numbers 4,462,090 and 4,466,586), counterfeits, copies, or colorful imitations thereof.

5.    The Clerk is directed to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on August 5, 2025.

Kathryn Kimball Mizelle
United States District Judge